IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JONATHAN LALIBERTY, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:15-cv-03229-TCB |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| ATLANTAHOBBY.COM, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have reached a mutually agreeable resolution of this matter and hereby stipulate to the dismissal of this case with *prejudice*. The parties further stipulate that neither party will be deemed a prevailing party and each party will bear his/its own attorneys' fees, expenses, and costs.

Respectfully submitted this 11th day of January, 2016.

**[Signatures contained on next page]**

| SUBMITTED BY: | CONSENTED TO BY: |
|---|---|
| */s/ V. Severin Roberts* | */s/ Tyler Dixon\** |
| Amanda A. Farahany | Tyler Dixon |
| Georgia Bar No. 646135 | Georgia Bar No. 223400 |
| amanda@bf-llp-.com | Raiford & Dixon, LLC |
| Telephone: (404) 214-0120 | 1155 Hightower Trail |
| Facsimile:  (404) 214-0125 | Suite 200 |
| V. Severin Roberts | Atlanta, Georgia 30350 |
| Georgia Bar No. 940504 | Attorney for Defendant |
| vsroberts@bf-llp.com | |
| Telephone: (404) 214-0120 | *\*with express permission* |
| Facsimile:  (404) 231-1666 | |
| Barrett & Farahany, LLP | |
| 1100 Peachtree Street, NE | |
| Suite 500 | |
| Atlanta, GA  30309 | |
| Attorneys for Plaintiff | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN LALIBERTY,  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>ATLANTAHOBBY.COM, INC.  )<br>  )<br>  Defendant.  )<br>  )<br>_____  ) | Civil Action No.<br>1:15-cv-03229-TCB<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk using the Court's CM/ECF system, which will send electronic notification immediately to all attorneys on record.

Respectfully submitted this 11th day of January, 2016

                                        s/V. Severin Roberts
                                        V. Severin Roberts
                                        Georgia Bar No. 940504